**Order filed December 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00494-CV

_____

## IN THE GUARDIANSHIP OF THE ESTATE OF LILY SHESHTAWY, A MINOR, Appellants

**On Appeal from the Probate Court No 1
Harris County, Texas
Trial Court Cause No. 425,238**

## O R D E R

Appellant's brief was due October 27, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 22, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM